■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN M. DUKES, JR., Appellant. — Appeal by defendant, as limited by his motion, from a resentence of the County Court, Suffolk County (Tanenbaum, J.), imposed October 6, 1980. Resentence affirmed. No opinion. Titone, J. P., Mangano, Margett and Thompson, JJ., concur.